USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: November 2, 2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
CONEY ISLAND PREP, et al.,              :
                                        :
                        Plaintiffs,     :        20 Civ. 9144 (VM)
                                        :
        - against -                     :              ORDER
                                        :
DEPARTMENT OF HEALTH                    :
AND HUMAN SERVICES, et al.              :
                                        :
                        Defendants.     :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court will hold a hearing in the above-captioned matter on Monday, November 23, 2020 at 9:00 a.m. Due to the ongoing COVID-19 pandemic, the hearing will take place by teleconference using the following dial-in: (888) 363-4749 (international callers dial (215) 446-3662), access code 8392198.

Defendants' response to Plaintiffs' motion for a preliminary injunction (see Dkt. Nos. 6, 7) shall be due by November 9, 2020 at 5:00 p.m. Plaintiffs' reply shall be due by November 16, 2020 at 5:00 p.m.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://www.nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    New York, New York
          2 November 2020

                                              Victor Marrero
                                                U.S.D.J.